

APR - 1 2014

Douglas S. Knott
(direct) 414-292-3036
douglas.knott@wilsonelser.com

March 31, 2014

Honorable JP Stadtmueller
United States District Court
362 United States Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re:     Freeman v. Milwaukee County, et al
        Case No:     13 CV 01030
        Our File No: 14462.00014

Dear Judge Stadtmueller:

I am writing to advise the Court that the parties have reached an agreement in principle to resolve this matter. The agreement must be reviewed and approved by the Milwaukee County Board of Supervisors, which is expected to occur on May 22, 2014. If that process goes as expected we will be filing a stipulation for dismissal soon thereafter. We will advise the Court also if for some reason the matter is not finalized at that time.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Douglas S. Knott

DSK/jem

cc:     All Counsel of Record

740 North Plankinton Avenue, Suite 600 • Milwaukee, WI 53203 • p 414.276.8816 • f 414.276.8819

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean • Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

111623v.1    Case 2:13-cv-01030-JPS    Filed 04/01/14    Page 1 of 1    Document 42